FELIX MIRANDA *v.* WARDEN, STATE PRISON
(9602)

SPALLONE, O'CONNELL and CRETELLA, Js.

Submitted on briefs June 7—decision released July 2, 1991

*Felix Miranda,* pro se, the appellant (petitioner) filed a brief.

*John M. Bailey,* state's attorney, and *Scott Murphy,* assistant state's attorney, and *Jack W. Fischer,* deputy assistant state's attorney filed a brief for the appellee (state).

PER CURIAM. The judgment is affirmed.